USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 9 2013

# STROOCK

By CM/ECF

October 8, 2013

James L. Bernard
Direct Dial: 212-806-5684
Fax: 212-806-6006
jbernard@stroock.com

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, NY 10007-1581

Re:   In re 650 Fifth Avenue and Related Properties, 08 Civ. 10934 (KBF) and All
      Member and Related Cases

Dear Judge Forrest:

We represent the Greenbaum, Acosta, Beer and Kirschenbaum Judgment Creditors. Our clients and, with their counsel's consent, the Peterson, Havlish, and Heiser Judgment Creditors respectfully request leave to submit a brief response to the Hegna Judgment Creditors' Additional Memorandum in Support of Summary Judgment, dated October 4, 2013, ECF No. 947.

Should the Court grant such leave, Plaintiffs' response is respectfully submitted by attachment to this letter.

Respectfully submitted,

*James L. Bernard* (JLB)

James L. Bernard

Attachment

cc:   Counsel of Record

*[Handwritten annotation:]* Ordered. Application granted.
K. B. Forrest
USDJ
10/9/13

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI · WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM